IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN A. HUDSON, #158067, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:12-cv-0546-TMH |
| | )        WO |
| GWENDOLYN MOSLEY, | ) |
| | ) |
|     Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #5) to the Recommendation of the Magistrate Judge filed on July 9, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on June 28, 2012 is adopted;

3. To the extent the plaintiff seeks relief under 42 U.S.C. § 1983, this case is DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

4. The plaintiff's pendent state law claims are dismissed as the court deems it inappropriate to exercise supplemental jurisdiction over these claims

5. This case is summarily dismissed.

DONE this the 10th day of August, 2012.

                                          /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE